UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
OCT 2 1 2026 OH
U.S. DISTRICT ...
INDIANA...

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:26-cr-187-JRS-TAB |
| | ) | |
| JULIAN WACHNER, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNTS 1-4
### RECEIPT OF CHILD PORNOGRAPHY
### 18 U.S.C. § 2252A(a)(2)

1. From on or about August 22, 2024, through and including February 24, 2025, the exact dates being unknown, in Marion County, Indiana, within the Southern District of Indiana, JULIAN WACHNER, knowingly received files containing child pornography listed in each of the Counts below using any means or facility of interstate or foreign commerce, or that had been mailed, or had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer:

| Count | File Names (partially redacted) | Description |
|---|---|---|
| 1 | toddler compilation ********.mp4 | A video that is approximately 9 minutes and 7 seconds long and contains visual depictions of multiple minors under 12 years of age engaged in sexually explicit conduct with adult males. |

| Count | File Names (partially redacted) | Description |
|---|---|---|
| 2 | 5Yr Old *** *** ***** ****.mp4 | A video that is approximately 14 minutes and 50 seconds long and contains visual depictions of a minor female under 12 years of age engaged in sexually explicit conduct with an adult male. |
| 3 | swedish 6yo cute - ***** **** **** *** ***.mp4 | A video that is approximately 6 minutes and 27 seconds long and contains visual depictions of a minor female under 12 years of age engaged in sexually explicit conduct with an adult male. |
| 4 | **** ******** *** ** 3yoy.mp4 | A video that is approximately 5 minutes and 5 seconds long and contains visual depictions of a minor female under 12 years of age engaged in sexually explicit conduct with an adult male. |

Each Count of which was in violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT 5**
**POSSESSION OF ANY MATERIAL CONTAINING CHILD PORNOGRAPHY**
**18 U.S.C. § 2252A(a)(5)(B)**

2. On or about August 20, 2025, in Marion County, Indiana, within the Southern District of Indiana, JULIAN WACHNER, knowingly possessed any material that contained an image of child pornography that had been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, to wit: an Apple MacBook Pro Computer, and/or an UnionSine external hard drive, said matters containing in excess of 100 files of child pornography, including but not limited to:

| File Name (partially redacted) | Description |
|---|---|
| toddler compilation ********.mp4 | A video that is approximately 9 minutes and 7 seconds long and contains visual depictions of multiple minors under 12 years of age engaged in sexually explicit conduct with adult males. |
| 5Yr Old *** *** ***** ****.mp4 | A video that is approximately 14 minutes and 50 seconds long and contains visual depictions of a minor female under 12 years of age engaged in sexually explicit conduct with an adult male. |
| swedish 6yo cute - ***** **** **** *** ***.mp4 | A video that is approximately 6 minutes and 27 seconds long and contains visual depictions of a minor female under 12 years of age engaged in sexually explicit conduct with an adult male. |
| **** ******** *** ** 3yoy.mp4 | A video that is approximately 5 minutes and 5 seconds long and contains visual depictions of a minor female under 12 years of age engaged in sexually explicit conduct with an adult male. |
| NEW 2024 (HARDCORE ONLY) ***** ******* Compilation Selected 150 CP Videos part 1 of 2.mp4 | A video that is approximately 2 hours, 22 minutes, and 22 seconds long and contains visual depictions of multiple minors under 12 years of age engaged in sexually explicit conduct with adult males. |

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

**FORFEITURE**

1. The allegations contained in Counts 1-5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252, the defendant, JULIAN WACHNER, shall forfeit to the United States of America:

a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

d. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

[redacted]

[redacted]

FOREPERSON

THOMAS E. WHEELER II
United States Attorney

By: ______________________
Bradley P. Shepard
Assistant United States Attorney
::NJL