UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
) Cause No. 1:26-cr-00187-JRS-TAB
JULIAN WACHNER, )
)
Defendant. )

PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1-4 | 18 U.S.C. § 2252A(a)(2) Receipt of Child Pornography | 5-20 | NMT $250,000 | Up to Life |
| 5 | 18 U.S.C. § 2252A(a)(5)(B) Possession of Any Material Containing Child Pornography | 0-20 | NMT $250,000 | Up to Life |

Dated: ______________________

______________________________
JULIAN WACHNER
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that the defendant signed (or refused to sign) the acknowledgement.

______________________________
United States Magistrate Judge
Southern District of Indiana