UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIAN WACHNER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CAUSE NO. 1-26-cr-00187-JRS-TAB |

**NOTICE OF READINESS FOR INITIAL APPEARANCE**

The United States of America, by counsel Bradley P. Shepard, notifies the Court that it now seeks to bring the Defendant, JULIAN WACHNER, before the Court for an Initial Appearance pursuant to Federal Rule of Criminal Procedure 5(a)(1)(A). Defendant is currently in the U.S. Marshal Cellblock at the Indianapolis Courthouse. The United States requests that the Initial Appearance be scheduled at the Court's earliest convenience. The United States certifies that (one option must be selected):

☐ The case is not sealed; or

☒ The case is currently under seal. The United States advises the Court that the presumption under Local Criminal Rule 49.1-2(a) that the case should be unsealed has been met. The case can be unsealed contemporaneously with this filing; or

☐ The case is currently under seal and the United States is providing this Notice, the operative charging document, penalty sheet, and arrest warrant to the Indiana Federal Community Defender or other known defense counsel simultaneously with this filing.

* * *

☐ An interpreter is needed for this proceeding. Language needed is ___________________.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

Date: 10/22/2026

By: /s/ Bradley P. Shepard

Bradley P. Shepard
Assistant United States Attorney
Office of the United States Attorney
135 N Pennsylvania Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Email: Brad.Shepard@usdoj.gov